# IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF TENNESSEE

JACINTA NELSON,
    Plaintiff,

vs.

DARRIUS WILLIS,
TENNESSEE DEPARTMENT OF
HUMAN SERVICES,

    Defendants.

NO: 3:10-0764
JURY DEMANDED
JUDGE NIXON/BRYANT

## AGREED ORDER DISMISSING TENNESSEE DEPARTMENT OF HUMAN SERVICES

This cause came to be heard on the motion filed by the Tennessee Department of Human Services, through the Tennessee Attorney General's Office, to dismiss the state agency under Rule 12, Federal Rules of Civil Procedure.

It appears from the signature of counsel for the plaintiff and counsel for the Tennessee Department of Human Services, that the plaintiff agrees that the defendant's motion is well-taken. It is therefore

ORDERED that the Tennessee Department of Human Services' motion to dismiss is granted. The Tennessee Department of Human Services shall be dismissed as a party defendant. The plaintiff's claims against Darrius Willis shall not be affected by the dismissal of the Tennessee Department of Human Services.

Entered this the 20th day of October, 2010.

_____
District Judge