# IN THE UNITED STATES DISTRICT COURT
## THE MIDDLE DISTRICT OF TENNESSEE
### NASHVILLE DIVISION

| | |
|---|---|
| **Jacinta Nelson,** | ) |
| | ) Case No. 3:10-cv-0764 |
| Plaintiff | ) |
| | ) Judge Nixon |
| v. | ) Magistrate Judge Bryant |
| | ) |
| **Darius Willis,** | ) |
| | ) |
| Defendant | ) |

## DENIAL OF ENTRY OF DEFAULT

Pending is Plaintiff's Motion for Default Judgment against Defendant Darius Willis (Docket Entry No. 8). Subsequent to the filing of the motion for default judgment, Defendant filed a Motion for Extension of Time (Docket Entry No. 14) which was granted by the Court on October 18, 2010. Defendant was given until October 22 to file an answer and Defendant filed an answer on that date. Accordingly, entry of default is not appropriate in this case and Plaintiff's motion is denied.

s/ *Keith Throckmorton*
Keith Throckmorton
Clerk of Court

1