```
                  UNITED STATES DISTRICT COURT
                  MIDDLE DISTRICT OF TENNESSEE
                       NASHVILLE DIVISION
```

JACINTA NELSON,                )
                               )
       Plaintiff,         )  Case No. 3:10-0764
                               )  Judge Nixon/Bryant
  v.                           )  **Jury Demand**
                               )
DARIUS WILLIS, et al.,         )
                               )
       Defendants.        )

## O R D E R

A telephone conference is scheduled with the parties on **Wednesday, July 27, 2011, at 10:30 a.m.** to discuss the status of this case. Counsel for the plaintiff shall initiate the conference call.

It is so **ORDERED**.

                                  s/ John S. Bryant
                                  JOHN S. BRYANT
                                  United States Magistrate Judge