UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

JACINTA NELSON,                )
                               )
        Plaintiff,             )   Case No. 3:10-0764
                               )   Judge Nixon/Bryant
     v.                        )   **Jury Demand**
                               )
DARIUS WILLIS, et al.,         )
                               )
        Defendants.            )

## **O R D E R**

The undersigned Magistrate Judge conducted a telephone conference in this case on Wednesday, July 27, 2011. David Lyons, counsel for plaintiff, participated in this call but defendant Willis did not participate. The Clerk has no telephone number of record for defendant Willis, and the undersigned Magistrate Judge, after a search through several telephone directories, was unsuccessful in locating a telephone number for him. According to the record, defendant Willis received a copy of the order setting today's telephone conference on Friday, July 22, 2011 (Docket Entry No. 28). Nevertheless, defendant Willis did not telephone the Court in order to take part in the telephone conference, and counsel for plaintiff stated that he also lacked a telephone number for him.

The undersigned Magistrate Judge reminded counsel for plaintiff that this case is currently set for trial before Senior Judge Nixon on August 23, 2011, with the final pretrial conference scheduled for August 12, 2011, at 10:00 a.m. (Docket Entry No. 16).

No motions are currently pending, and all deadlines in the case management order have expired.

Counsel for plaintiff stated that he probably would be filing a motion to continue the trial date because of uncertainties about the status of the related criminal prosecution of defendant Willis for the acts giving rise to this action. The Court informed counsel that a motion to continue the trial date, if filed, would be ruled upon by the District Judge.

It is so **ORDERED**.

s/ John S. Bryant  
JOHN S. BRYANT  
United States Magistrate Judge